The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM KELLY,<br><br>Defendant. | NO. CR20-5241 BHS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT SENTENCING MEMORANDUM** |

The United States has submitted a motion for leave to supplement its sentencing memorandum. Having reviewed that motion and the defendant's opposition to it, and based on the facts in the motion, the United States' motion for leave to supplement its sentencing memorandum is hereby GRANTED.

//
//
//

The government may file with this Court the victim impact statements submitted to the Court in *Washington v. Kelly*, No. 19-1-00054-16, in the Jefferson County Superior Court of the State of Washington.  *See* 18 U.S.C. § 3661; *Pepper v. United States*, 562 U.S. 476, 480 (2011).

DATED this 12th day of January 2021.

BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney